UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media, LLC.,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 16-11700 (SMB) |
| Gawker Media, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>Meanith Huon; Ashley Terrill; Teresa Thomas; Shiva Ayyadurai; Terry Gene Bollea; Charles C. Johnson; and Got News LLC,<br><br>        Defendants. | Adv. Pro. No. 16-01085 (SMB) |

**TEMPORARY RESTRAINING ORDER**

Upon the Complaint filed in the above-captioned adversary action on June 10, 2016; the accompanying *Ex Parte* Motion for a Temporary Restraining Order; the memorandum of law in support thereof; the supporting Declaration of William D. Holden; and the Declaration of Michael S. Winograd, it is hereby:

**ORDERED** that, pursuant to sections 105 and 362(a) of title 11 of the United States Code, Rule 65 of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7065 of the Federal Rules of Bankruptcy Procedure, and Rule 7001(7) of the Federal Rules of Bankruptcy Procedure:

    a.  the Action captioned *Bollea v. Gawker Media, LLC, et al.*, No. 12012447-CI-011 (Fla. 6th Jud. Cir. Pinellas Cty.) (the "Bollea Litigation") is hereby temporarily restrained

---

[1] The last four digits of the taxpayer identification number of the Debtor, Gawker Media, LLC, are 0492. The Debtor's corporate headquarters is located at 114 Fifth Avenue, 2d Floor, New York, New York 10011.

and enjoined as against (A) Nick Denton, and (B) A.J. Daulerio, pending the Court's hearing and ruling on the Debtor's Motion for a Preliminary Injunction and/or Extension of the Automatic Stay, concurrently filed herewith (the "PI Motion"); and **[SHL 6/10/16]**

      b.      Defendant Terry Gene Bollea is hereby temporarily restrained and enjoined from taking further action in the Bollea Litigation as against (A) Mr. Denton, or (B) A.J. Daulerio, or from otherwise seeking **taking steps to execute or** to enforce any judgment entered in **the Action captioned *Bollea v. Gawker Media, LLC, et al.*, No. 12012447-CI-011 (Fla. 6th Jud. Cir. Pinellas Cty.)** as against (A) Mr. Denton, or (B) A.J. Daulerio, pending the Court's hearing and ruling on the **Debtor's Motion for a Preliminary Injunction and/or Extension of the Automatic Stay, concurrently filed herewith**; and **[SHL 6/10/16]**

      c.      the automatic stay imposed by section 362(a) of the Bankruptcy Code is hereby extended to stay the Bollea Litigation as against (A) Mr. Denton, and (B) A.J. Daulerio, pending the Court's hearing and ruling on the PI Motion. **[SHL 6/10/16]**

Dated: New York, New York
      June 10, 2016                           ___/s/ Sean H. Lane_____ __@ 2:23 PM
                                                             UNITED STATES BANKRUPTCY JUDGE