**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Gawker Media, LLC,[1] | : | Case No. 16-11700 (SMB) |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| Gawker Media, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Adv. Proc. No. 16-01085 (SMB) |
| v. | : | |
| | : | |
| Meanith Huon, Ashley Terrill, Teresa Thomas, | : | |
| Shiva Ayyadurai, Terry Gene Bollea, Charles C. | : | |
| Johnson, and Got News LLC, | : | |
| | : | |
| Defendants. | **:** | |

---------------------------------------------------------------x


## AFFIDAVIT OF SERVICE

I, Michael Callo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On June 10, 2016, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Gawker v. Huron *et al.* Adv. Proc. No. 16-01085 Service List attached hereto as **Exhibit A:**

- Complaint [Adv. Proc. No. 16-01085, Docket No. 1]

- Temporary Restraining Order [Adv. Proc. No. 16-01085, Docket No. 2]

- Order to Show Cause [Adv. Proc. No. 16-01085, Docket No. 3]

- Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay [Adv. Proc. No. 16-01085, Docket No. 4]

---

[1] The last four digits of the taxpayer identification number of the Debtor, Gawker Media, LLC are 0492. The Debtor's corporate headquarters is located at 114 Fifth Avenue, 2d Floor, New York, New York 10011.

- Memorandum of Law in Support of Debtor's Motion for (I) a Preliminary Injunction and/or (II) Extension of the Automatic Stay Temporary Restraining Order and Debtor's *Ex Parte* Motion for a Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 5]

- Declaration of William D. Holden in Support of the Debtor's Motion for (I) A Preliminary Injunction and/or (II) Extension of The Automatic Stay and The Debtor's *Ex Parte* Motion for A Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 6]

- Declaration of Michael S. Winograd in Support of the Debtor's Motion for (I) A Preliminary Injunction, and/or (II) Extension of the Automatic Stay and the Debtor's *Ex Parte* Motion for a Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 7]

- Debtor's *Ex Parte* Motion for a Temporary Restraining Order
  [Adv. Proc. No. 16-01085, Docket No. 8]

Dated: June 13, 2016

State of New York
County of New York

_____
Michael Callo

Subscribed and sworn to (or affirmed) before me on June 13, 2016, by Michael Callo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 8781

**<u>Exhibit A</u>**

Exhibit A

Gawker v. Huron et al. Adv. Proc. No. 16-01085 Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP | METHOD OF SERVICE |
|------|-------------|-----------|------|-------|-----|-------------------|
| Charles C Johnson | | 2770 Mesa Avenue | Clovis | CA | 93611 | Overnight Mail |
| Got News, LLC | Attn: President or Genearl Counsel | P.O. Box 3102 | Clovis | CA | 93611 | Overnight Mail |
| John M Berman Esq | | 7175 SW Beveland Street Suite 220 | Tigard | OR | 97223 | Overnight Mail |
| The Huon Law Firm | Attn: Meanith Huon, Esq. | P.O. Box 441 | Chicago | IL | 60690 | Overnight Mail |