**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

In re:

  GAWKER MEDIA LLC, *et al.*,

                                     Debtors.

Chapter 11

Case No. 16-11700 (SMB)

-------------------------------------------------------------------------x

GAWKER MEDIA LLC,

                                    Plaintiff,

against

MEANITH HUON, ASHLEY TERRILL, TERESA
THOMAS, SHIVA AYYADURAI, TERRY GENE
BOLLEA, CHARLES C. JOHNSON, and GOT NEWS
LLC,

                                    Defendants.

Adversary Proceeding

Case No. 16-01085 (SMB)

-------------------------------------------------------------------------x

**ORDER**

Upon the representations and consent of Debtors' counsel and counsel to defendant

Terry Gene Bollea; and upon the hearing had in the above adversary proceeding on June 15,

2016, it is hereby:

ORDERED that the Temporary Restraining Order entered on June 10, 2016 (Doc. 2), as

modified herein, shall be extended through the evidentiary hearing in this matter scheduled for

July 13, 2016 at 10:00am EST (the "**TRO Extension Period**"); and

ORDERED that, absent further order from this Court, during the TRO Extension Period,

the action captioned *Bollea v. Gawker Media, LLC, et al*., Case No. 12012447-CI-011 (Fla. 6th

Jud. Cir. Pinellas Cty.) (the "**Bollea Litigation**"), the pending appeal from the Final Judgment

entered therein (Florida Second District Court of Appeal Case No. 2D16-2535), and the pending

Writ Proceeding arising out of the Bollea Litigation (Florida Second District Court of Appeal

Case No. 2D15-5035) are hereby stayed in all respects without prejudice to any Party's rights,

claims or defenses.


Date:   June 20th, 2016          /s/ STUART M. BERNSTEIN_____
                                 UNITED STATES BANKRUPTCY JUDGE