UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media, LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>Jointly Administered |
| Gawker Media, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>Defendants. | Adv. Proc. No. 16-ap-1085 |

**NOTICE OF DEPOSITION UPON ORAL EXAMINATION**

PLEASE TAKE NOTICE that Pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure, defendant Terry Bollea, by his attorneys, Cohen & Gresser LLP, shall take the deposition upon oral examination of William D. Holden, Chief Restructuring Officer for Debtor.

Said deposition will commence on June 28, 2016 at 10:00 a.m., at the offices of Cohen & Gresser LLP, 800 Third Avenue, New York, New York 10022, before a notary public or other official qualified to administer oaths. The deposition will be recorded stenographically and/or by videotape. This deposition will be used for such purposes as

are permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure. You are invited to attend and to cross-examine.

Dated: June 17, 2016
      New York, New York

                               **COHEN & GRESSER LLP**

                               */s/ Daniel H. Tabak*
                               Daniel H. Tabak
                               800 Third Avenue, 21st Floor
                               New York, New York 10003
                               Tel: (212) 957-7600
                               dtabak@cohengresser.com

                               Eric B. Fisher
                               BINDER & SCHWARTZ LLP
                               366 Madison Avenue, Sixth Floor
                               New York, New York 10017
                               Tel: (212) 933-4551
                               efisher@binderschwartz.com

                               *Attorneys for Defendant Terry Bollea*

TO:    Gregg M. Galardi
        David B. Hennes
        Michael S. Winograd
        Ropes & Gray LLP
        1211 Avenue of the Americas
        New York, NY 10036
        Phone: 212-596-9090
        Email: gregg.galardi@ropesgray.com, david.hennes@ropesgray.com, michael.winograd@ropesgray.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media, LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 16-11700 (SMB)<br>Jointly Administered |
| Gawker Media, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>Defendants. | Adv. Proc. No. 16-ap-1085 |

**NOTICE OF DEPOSITION UPON ORAL EXAMINATION**

PLEASE TAKE NOTICE that Pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure, defendant Terry Bollea, by his attorneys, Cohen & Gresser LLP, shall take the deposition upon oral examination of Heather Dietrick, President and General Counsel of Gawker Media, LLC.

Said deposition will commence on June 29, 2016 at 10:00 a.m., at the offices of Cohen & Gresser LLP, 800 Third Avenue, New York, New York 10022, before a notary public or other official qualified to administer oaths. The deposition will be recorded stenographically and/or by videotape. This deposition will be used for such purposes as

are permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure. You are invited to attend and to cross-examine.

Dated: June 17, 2016
New York, New York

**COHEN & GRESSER LLP**

*[signature]*

Daniel H. Tabak
800 Third Avenue, 21st Floor
New York, New York 10003
Tel: (212) 957-7600
dtabak@cohengresser.com

Eric B. Fisher
BINDER & SCHWARTZ LLP
366 Madison Avenue, Sixth Floor
New York, New York 10017
Tel: (212) 933-4551
efisher@binderschwartz.com

*Attorneys for Defendant Terry Bollea*

TO:   Gregg M. Galardi
    David B. Hennes
    Michael S. Winograd
    Ropes & Gray LLP
    1211 Avenue of the Americas
    New York, NY 10036
    Phone: 212-596-9090
    Email: gregg.galardi@ropesgray.com, david.hennes@ropesgray.com, michael.winograd@ropesgray.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media, LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 16-11700 (SMB)<br>Jointly Administered |
| Gawker Media, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>Defendants. | Adv. Proc. No. 16-ap-1085 |

**NOTICE OF DEPOSITION UPON ORAL EXAMINATION**

PLEASE TAKE NOTICE that Pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure, defendant Terry Bollea, by his attorneys, Cohen & Gresser LLP, shall take the deposition upon oral examination of Nick Denton, President and Chief Executive Officer of Gawker Media Group, Inc., the parent company of the Debtor.

Said deposition will commence on June 30, 2016 at 10:00 a.m., at the offices of Cohen & Gresser LLP, 800 Third Avenue, New York, New York 10022, before a notary public or other official qualified to administer oaths. The deposition will be recorded stenographically and/or by videotape. This deposition will be used for such purposes as

are permitted under the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure. You are invited to attend and to cross-examine.

Dated: June 17, 2016
New York, New York

                                            **COHEN & GRESSER LLP**

                                            */s/ Daniel H. Tabak*
                                            Daniel H. Tabak
                                            800 Third Avenue, 21st Floor
                                            New York, New York 10003
                                            Tel: (212) 957-7600
                                            dtabak@cohengresser.com

                                            Eric B. Fisher
                                            BINDER & SCHWARTZ LLP
                                            366 Madison Avenue, Sixth Floor
                                            New York, New York 10017
                                            Tel: (212) 933-4551
                                            efisher@binderschwartz.com

                                            *Attorneys for Defendant Terry Bollea*

TO:    Gregg M. Galardi
         David B. Hennes
         Michael S. Winograd
         Ropes & Gray LLP
         1211 Avenue of the Americas
         New York, NY 10036
         Phone: 212-596-9090
         Email: gregg.galardi@ropesgray.com, david.hennes@ropesgray.com,
         michael.winograd@ropesgray.com