UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re: GAWKER MEDIA LLC, et al

                              Debtor

-----------------------------------------------------------x
GAWKER MEDIA, LLC,

                              Plaintiff
                              v.
MEANITH HUON, ASHLEY TERRILL,
TERESA THOMAS, SHIVA AYYADURAL,
TERRY GENE BOLLEA, et al.   Defendant

-----------------------------------------------------------x

Case No.: 16-11700
Chapter 11

Adversary Proceeding No.: 16-01085

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kenneth G. Turkel, Esq., request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Terry Gene Bollea, a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Florida and, if applicable, the bar of the U.S. District Court for the Middle District of Florida.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 1, 2016
_____, New York

/s/ Kenneth G. Turkel
*Mailing Address*:

BAJO | CUVA | COHEN | TURKEL
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
*E-mail address*: kturkel@bajocuva.com
*Telephone number*: (813) 868-6163