Gregg M. Galardi
David B. Hennes
Michael S. Winograd
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Gawker Media LLC et al.,[1]<br><br>      Debtor. | Chapter 11<br><br>Case No. 16-11700 (SMB) |
| Gawker Media LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>      Defendants. | Adv. Proc. No. 16-1085 (SMB) |

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the evidentiary hearing in the above-captioned adversary proceeding previously scheduled for July 13, 2016 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **July 19, 2016 at 11:00 a.m.** (Prevailing Eastern Time).

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).  The offices of Gawker Media and GMGI are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

57935641_1

-2-

Dated: July 8, 2016
      New York, New York

                                                */s/ Gregg M. Galardi*
                                                Gregg M. Galardi
                                                David B. Hennes
                                                Michael S. Winograd
                                                ROPES & GRAY LLP
                                                1211 Avenue of the Americas
                                                New York, NY 10036-8704
                                                Telephone: (212) 596-9000
                                                Facsimile: (212) 596-9090
                                                gregg.galardi@ropesgray.com
                                                david.hennes@ropesgray.com
                                                michael.winograd@ropesgray.com

                                                *Counsel to the Debtors*
                                                *and Debtors in Possession*

57935641_1