AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re Gawker Media, LLC | ) | |
| --- | --- | --- |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-01085 |
| Meanith Huon et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Meanith Huon (in Adversary Proceeding No. 16-01085 (SMB)) .

Date:   07/13/2016

/s/ Meanith Huon
*Attorney's signature*

Meanith Huon  Illinois ARDC No.: 6230996
*Printed name and bar number*
PO Box 441
Chicago, IL 60690

*Address*

huon.meanith@gmail.com
*E-mail address*

(312) 405-2789
*Telephone number*

(312) 268-7276
*FAX number*