UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media LLC, *et al.*[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |
| Gawker Media LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>　　　　　　　Defendants. | Adv. Proc. No. 16-01085 (SMB) |

## ORDER DENYING DEBTOR'S MOTION FOR PRELIMINARY INJUNCTION WITH RESPECT TO BOLLEA LITIGATION

Upon the Debtor's motion (the "Motion")[2] pursuant to sections 105 and 362 of the Bankruptcy Code requesting a preliminary and permanent injunction and for an order extending the automatic stay under section 362 of the Bankruptcy Code to the Actions as against Mr. Nick Denton and A.J. Daulerio (the "Individual Defendants"); and

The Court having entered the Temporary Restraining Order on June 10, 2016 [Docket No. 2]; and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

The Court having entered an Order on June 20, 2016 extending the Temporary Restraining Order through the Hearing, (the "TRO Extension Order") [Docket No. 19], which was extended by the consent of the parties through July 19, 2016; and

For the reasons set forth on the record at the hearing held in the above-captioned adversary proceeding on July 19, 2016, it is hereby:

**ORDERED** that the Motion is **DENIED** with respect to *Bollea v. Gawker Media, LLC*, et al., No.12012447-CI-011 (Fla. 6th Jud. Cir. Pinellas Cty.) (the "Bollea Litigation"); and it is further

**ORDERED** that the TRO Extension Order is hereby **VACATED** with respect to the Bollea Litigation; and it is further

**ORDERED** that this Court's stay of the Bollea Litigation, the pending appeal from the Final Judgment entered therein (Florida Second District Court of Appeal Case No. 2D16-2535), and the pending Writ Proceeding arising out of the Bollea Litigation (Florida Second District Court of Appeal Case No. 2D15-5035), is hereby **VACATED** as to Nick Denton and A.J. Daulerio. Notwithstanding the foregoing, Terry G. Bollea will not seek to domesticate any judgment entered in the Bollea Litigation prior to the conclusion of the second business day following entry of this Order.

Dated: July 25, 2016
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE