UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Gawker Media LLC, *et al.*[1]<br><br>　　　　　　　　　　Debtors.<br><br><br>Gawker Media LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>　　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 16-01085 (SMB) |

**ORDER MODIFYING THE AUTOMATIC STAY
WITH RESPECT TO THE HUON LITIGATION**

**WHEREAS**, on June 10, 2006, the Debtor, Gawker Media LLC, filed a motion (the "Motion")[2] pursuant to sections 105 and 362 of the Bankruptcy Code requesting a preliminary and permanent injunction and for an order extending the automatic stay under section 362 of the Bankruptcy Code with respect to, among other litigations, *Huon v. Denton, et al.*, No. 11-cv-03054 (N.D. Ill.), and on appeal No. 15-3049 (7th Cir.) (the "Huon Litigation"); and

**WHEREAS**, the plaintiff in the Huon Litigation opposed the relief requested; and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

-2-

**WHEREAS**, at the hearing on the Motion held on July 19, 2016, the Debtor withdrew its request for a preliminary injunction with respect to the Huon Litigation and made an oral motion to modify the automatic stay to allow the Huon Litigation to proceed for the sole purpose of permitting the Seventh Circuit Court of Appeals to render a decision and enter any order in connection with that decision;

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED** that the Motion with respect to the Huon Litigation is dismissed without prejudice, the Debtors having withdrawn their request; and it is further

**ORDERED** that for the reasons set forth on the record at the hearing held in the above-captioned adversary proceeding on July 19, 2016, the automatic stay is hereby modified with respect to *Huon v. Denton, et al*., No. 15-3049 (7th Cir.), for the sole purpose of permitting the Seventh Circuit Court of Appeals to render a decision and enter any order in connection with that decision; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 26th, 2016
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE