**Settlement Date: August 1, 2016 at 3:00 p.m.**
**Objections Due: August 1, 2016 at 2:30 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al.*[1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |
| Gawker Media LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 16-01085 (SMB) |
| Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC, | **NOTICE OF SETTLEMENT** |
| Defendants. | |

**NOTICE OF SETTLEMENT OF ORDER GRANTING PRELIMINARY INJUNCTION**
**THROUGH SEPTEMBER 3, 2016 WITH RESPECT TO CERTAIN LITIGATION**

PLEASE TAKE NOTICE that, pursuant to Rule 9074-1 of the Local Rules of

Bankruptcy Procedure for the Southern District of New York, the proposed order granting the

motion of Gawker Media LLC for a preliminary injunction through September 3, 2016 with

respect to certain litigation, annexed hereto as Exhibit A (the "Proposed Order"), will be

presented for settlement and entry to the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge, at Room 723 of the United States Bankruptcy Court for the Southern District

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

of New York, One Bowling Green, New York, NY 10004-1408 (the "Court") for signature on

**Monday, August 1, 2016 at 3:00 p.m. (prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that, objections to the entry of the Proposed

Order or proposed counter-orders must be in writing and shall be filed with the Court (with a

courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein) and served so as

to be actually received by the undersigned not later than **2:30 p.m. on Monday, August 1, 2016**

**(prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that, unless objections or proposed counter-

orders are filed and served as set forth above, the Proposed Order will be deemed uncontroverted

and may be entered by the Court.

Dated: New York, NY
      July 27, 2016

                                  */s/ Gregg M. Galardi*
                                  ROPES & GRAY LLP
                                  Gregg M. Galardi
                                  David B. Hennes
                                  Michael S. Winograd
                                  1211 Avenue of the Americas
                                  New York, NY 10036-8704
                                  Telephone: (212) 596-9000
                                  Facsimile: (212) 596-9090
                                  gregg.galardi@ropesgray.com
                                  david.hennes@ropesgray.com
                                  michael.winograd@ropesgray.com

58236519_1

**<u>Exhibit A</u>**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Gawker Media LLC, *et al.* [1] | Case No. 16-11700 (SMB) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| Gawker Media LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 16-01085 (SMB) |
| Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC, | |
| Defendants. | |

## ORDER GRANTING PRELIMINARY INJUNCTION THROUGH SEPTEMBER 3, 2016 WITH RESPECT TO CERTAIN LITIGATION

**WHEREAS**, the Debtors filed a motion (the "Motion")[2] pursuant to sections 105 and 362 of the Bankruptcy Code requesting a preliminary and permanent injunction and for an order extending the automatic stay under section 362 of the Bankruptcy Code to the following litigations, among others (the "Litigations"):

    (i) *Ashley Terrill v. Gawker Media, LLC, et al.*, No. 16-CV-00411 (S.D.N.Y.);

    (ii) *Ayyadurai v. Gawker Media, LLC, et al.*, No. 16-CV-10853 (D. Mass.); and

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056).   The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011.  Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

(iii) *Charles C. Johnson, et al. v. Gawker Media, LLC, et al.*, No.15CECG03734
(Cal. Super. Ct. Fresno Cty.); and

**WHEREAS**, the plaintiffs in the Litigations did not oppose the relief requested in the

Motion and a hearing having been held on the Motion on July 19, 2016;

**NOW, THEREFORE, IT IS HEREBY:**

**ORDERED** that for the reasons set forth on the record at the hearing held in the above-

captioned adversary proceeding on July 19, 2016, the Motion is **GRANTED**; and it is further

**ORDERED** that the preliminary injunction granted pursuant to the Motion shall be in

effect with respect to the Litigations through and including September 3, 2016; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

Dated: July _____, 2016
New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE