**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Gawker Media LLC, *et al.*[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |
| Gawker Media LLC,<br><br>                         Plaintiff,<br><br>     v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>                         Defendants. | Adv. Proc. No. 16-01085 (SMB) |

## NOTICE OF VOLUNTARY DISMISSAL AS TO
## DEFENDANTS TERESA THOMAS AND TERRY GENE BOLLEA

Pursuant to Rule 7041 of the Federal Rules of Civil Procedure, Debtor and Adversary Plaintiff Gawker Media LLC hereby voluntarily dismisses the above-captioned Adversary Proceeding in its entirety, without prejudice, as to (and only as to) Adversary Defendants Teresa Thomas and Terry Gene Bollea.

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). The offices of Gawker Media LLC and Gawker Media Group, Inc. are located at 114 Fifth Avenue, 2d Floor, New York, NY 10011. Kinja Kft.'s offices are located at Andrassy ut 66. 1062 Budapest, Hungary.

Dated: August 3, 2016
New York, New York

    /s/ Gregg M. Galardi
Gregg M. Galardi
David B. Hennes
Michael S. Winograd
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Debtors and the Debtors in Possession*