ROPES & GRAY LLP
Gregg M. Galardi
D. Ross Martin
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Gawker Media LLC et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 16-11700 (SMB)<br><br>(Jointly Administered) |
| Gawker Media LLC,<br><br>Plaintiff,<br><br>v.<br><br>Meanith Huon, Ashley Terrill, Teresa Thomas, Shiva Ayyadurai, Terry Gene Bollea, Charles C. Johnson, and Got News LLC,<br><br>Defendants. | Adv. Proc. No. 16-1085 (SMB) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO BANKRUPTCY RULE 7041

Pursuant to Rule 41(a)(1)(A)(1) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the plaintiff Gawker Media

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Kinja Kft. (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o Opportune LLP, Attn: William D. Holden, Chief Restructuring Officer, 10 East 53rd Street, 33rd Floor, New York, NY 10022. Kinja Kft.'s mailing address is c/o Opportune LLP, Attn: William D. Holden, 10 East 53rd Street, 33rd Floor, New York, NY 10022.

-2-

LLC, as debtor and debtor in possession, hereby voluntarily dismisses the above-captioned adversary proceeding is voluntarily dismissed, without prejudice, against the defendants Ashley Terrill, Shiva Ayyadurai, Charles Johnson and Got News LLC, who are all the remaining defendants in this adversary proceeding.

Dated: October 12, 2016
      New York, New York

                                                                    */s/ Gregg M. Galardi*
                                                                   ROPES & GRAY LLP
                                                                   Gregg M. Galardi
                                                                   D. Ross Martin
                                                                   1211 Avenue of the Americas
                                                                   New York, NY  10036-8704
                                                                   Telephone:  (212) 596-9000
                                                                   Facsimile:  (212) 596-9090
                                                                   gregg.galardi@ropesgray.com
                                                                   ross.martin@ropesgray.com

                                                                   *Counsel to the Debtors*
                                                                   *and Debtors in Possession*